MARTIN, Respondent, v. FARRELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by John W. Martin against Frank J. Farrell and another. No opinion. Judgment and order affirmed, with costs.

MARTIN, Respondent, v. SWEET & DOYLE VALVE CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by William E. Martin against the Sweet & Doyle Valve Company.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG and COCHRANE, JJ., dissent.

In re MATERNE. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Edward Materns. No. opinion. Decree affirmed, with costs. Order filed.

MATTHEWS et al., Appellants, v. TITLE GUARANTY & SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by James Matthews and another against the Title Guaranty & Surety Company.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
MILLER, J., dissents.

MAY, Appellant, v. JONES et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Moses May against Louis M. Jones and another. No opinion. Judgment and order affirmed, with costs.

MAYFORTH, Appellant, v. FOLEY, Sheriff, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by John C. Mayforth against Thomas F. Foley, Sheriff, etc. A. S. Gilbert, for appellant. J. P. Everett, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN, J., dissents, on the ground that in his opinion an alternative writ should issue to determine the duties of the office.

MAYKELS, Respondent, v. MERKLEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Helma Maykels against Frances Merklen. No opinion. No merits are shown, and the motion to dismiss the appeal is granted, with costs.

MEAD et al., Appellants, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Charles Mead and another against Isaac W. Turner, as President of the Village of Mt. Kisco, and others. No opinion. Motion to dismiss appeal denied, without costs. See, also, 115 N. Y. Supp. 1131.

MEEHAN, Respondent, v. THOMAS GILL SOAP CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by James F. Meehan against the Thomas Gill Soap Company and another. No opinion. Judgment and order of the County Court of Kings county affirmed, with costs.

In re MEEKS. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) In the matter of the judicial settlement of the accounts of Edwin B. Meeks, as sole surviving executor of and trustee under the last will and testament of Joseph W. Meeks, deceased. No opinion. Decree of the Surrogate's Court of Suffolk county affirmed, with costs to the respondents payable out of the estate.

MEEKS v. MEEKS et al. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by Edwin B. Meeks, as sole surviving trustee, etc., against Edwin B. Meeks and another. No opinion. Judgment affirmed, with costs.

MENGIS, Respondent, v. CONNOR et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Morris C. Mengis against William F. Connor and another.
PER CURIAM. Judgment and order affirmed, with costs.
RICH, J., not sitting.

MERRIHEW v. REYNOLDS et al. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by Claude C. Merrihew against Charles M. Reynolds and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SMITH, P. J., not voting.

MERRILL, Respondent, v. NEVINS, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Jack Merrill against Thomas A. Nevins. A. M. Wickwire, for appellant. H. M. Hitchings for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

MERSEREAU et al., Appellants, v. BENNET et al., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Ardil R. Mersereau and others, individually and as administrators, etc., against James E. Bennet and another. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 62 Misc. Rep. 356, 115 N. Y. Supp. 20.